FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 10 2017

JAMES N. HATTEN, Clerk
By: *L Beck* Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROY H. SAVAGE,

    Plaintiff,

v.

THOMAS D. CONRAD, et al.,

    Defendants.

CIVIL ACTION NO.
1:14-CV-4103-ODE

ORDER

The Court having been advised by counsel for the Plaintiff that the above entitled action has been settled, this action is ADMINISTRATIVELY CLOSED subject to the right, upon good cause shown within SIXTY (60) DAYS, to reopen the action if required in the interests of justice.

SO ORDERED, this __10__ day of April, 2017.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE